IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                            :            Chapter 13
Joseph S. Bethman                                      :            18-14633-jkf
    Debtor                                              :

---

ORDER GRANTING DEBTOR AN ADDITIONAL FIFTEEN (15) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

---

AND NOW, THIS __27th__ DAY OF __July__ 2018, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until __August 10, 2018__ to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

_____ J.
United States Bankruptcy Judge