IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Joseph S. Bethman | : Case No. 18-14633-jkf |
| | : Chapter 13 |
| Joseph S. Bethman | : |
|            Movant | : |
|   vs. | : |
| | : |
| Frederick L. Reigle | : Hearing Date: August 8, 2018 |
|            Trustee | : Hearing Time: 9:30 a.m. |
| | : |
| | : |
| | : US Bankruptcy Court |
| | : Robert Nix Building |
| | : 900 Market Street, Suite 400 |
| | : Philadelphia, PA  19107 |
| | : Courtroom #3 |

**CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtor, Joseph S. Bethman, hereby certify that as of this 2nd day of August 2018, there has been no response or answer regarding the Motion to Extend the Automatic Stay dated and served July 12, 2018.  It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Jean K. FitzSimon as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: August 2, 2018
                                                                            s/ John M. Kenney
                                                                            **John M. Kenney, Esquire**
                                                                            308 N. Oxford Valley Road
                                                                            Fairless Hills, PA  19030
                                                                            (215)547-3031