United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-14633-jkf
Joseph S Bethman                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Aug 08, 2018
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db            +Joseph S Bethman,   33 Valentine Lane,   Levittown, PA 19054-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*        +Joseph S Bethman,   33 Valentine Lane,   Levittown, PA 19054-1201
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          JOHN M. KENNEY   on behalf of  Joseph S Bethman jken330@comcast.net,  Kathy@jkenneylaw.com
          JOHN M. KENNEY   on behalf of Debtor Joseph S Bethman jken330@comcast.net,  Kathy@jkenneylaw.com
          KEVIN G. MCDONALD   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                   TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph S. Bethman                    :        Chapter 13
                                            :
            Debtor(s)                       :        Bky. No. 18-14633-jkf

## ORDER

AND NOW, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing,   and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: August 8, 2018**

Date: _____        _____
                              JEAN K. FITZSIMON
                              U.S. BANKRUPTCY JUDGE