IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOSEPH S. BETHMAN, | : | |
| | : | DOCKET NO.: 18-14633-JKF |
| <u>        DEBTOR        </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | 341 MEETING DATE & TIME: |
| | : | OCTOBER 19, 2018, at 12:00 P.M. |
| v. | : | |
| | : | |
| JOSEPH S. BETHMAN, | : | |
| | : | RELATED TO DOCKET NO.: <u>26</u> |
| RESPONDENT | : | |

<u>CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN</u>

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on October 3, 2018, by:

**18-14633-JKF Notice will be electronically mailed to:**

John M. Kenney at jken330@comcast.net, Kathy@jkenneylaw.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William Miller at ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-14633-JKF Notice will not be electronically mailed to:**

EXECUTED ON:  October 9, 2018

                                                   Respectfully submitted by,

By:    /s/ Joseph J. Swartz
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  309233
           Phone: (717) 346-4645
           Facsimile: (717) 772-1459
           JoseSwartz@pa.gov