IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Joseph S. Bethman            : Case No.  18-14633-jkf
                                      : Chapter 13
                                      :

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

    The undersigned, attorney for Debtor, does hereby certify that I did on December 6, 2018, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until January 4, 2019 at 1:00 p.m.

    I declare under penalty of perjury that the foregoing is correct.

Date: December 6, 2018

s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA  19030