IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH S. BETHMAN     :  Case No. 18-14633-jkf
                                          :  Chapter 13
                Debtor       :

## CERTIFICATION OF NO RESPONSE

    I, John M. Kenney, Esquire, attorney for Debtor, Joseph S. Bethman, hereby certify that as of this 20th day of March 2019, there has been no response or answer regarding the Application for Compensation dated and served February 26, 2019. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Jean K. FitzSimon as UNCONTESTED.

    I certify under penalty that the foregoing is true and correct.

Date: March 20, 2019                            s/ John M. Kenney
                                                    **John M. Kenney, Esquire**
                                                      308 N. Oxford Valley Road
                                                      Fairless Hills, PA 19030
                                                      (215)547-3031