# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH S. BETHMAN      :    Case No. 18-14633-jkf
                                             :    Chapter 13
            Debtor      :

## ORDER

**AND NOW,** this 21st day of March, 2019, upon Motion of Debtor and for good cause shown, it is

**ORDERED** that the Application for Compensation is **GRANTED**; and

**ORDERED** that counsel for the Debtors is awarded $2,547.50 as compensation for the firm's services in this case. The Trustee is authorized ~~and directed~~ to pay the amount of $2,547.50 to the said counsel and the Trustee is authorized ~~and directed~~ to pay this sum to counsel from the plan payments which he has received on the Debtor's' account, made payable to John M. Kenney, Esquire.

BY THE COURT:

BY:_____
       HONORABLE JEAN K. FITZSIMON