United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-14633-jkf
Joseph S Bethman                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer          Page 1 of 1          Date Rcvd: Mar 21, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db              +Joseph S Bethman,    33 Valentine Lane,    Levittown, PA 19054-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*         +Joseph S Bethman,    33 Valentine Lane,    Levittown, PA 19054-1201
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          JOHN M. KENNEY    on behalf of  Joseph S Bethman jken330@comcast.net,  Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Debtor Joseph S Bethman jken330@comcast.net,  Kathy@jkenneylaw.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KEVIN G. MCDONALD    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SCOTT  WATERMAN   ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH S. BETHMAN  : Case No. 18-14633-jkf
          : Chapter  13
     Debtor  :

<u>ORDER</u>

  **AND NOW,** this  21st    day of  March   , 2019, upon Motion of Debtor and
for good cause shown, it is

  **ORDERED** that the Application for Compensation is **GRANTED**; and

  **ORDERED** that counsel for the Debtors is awarded $2,547.50 as compensation for
the firm's services in this case.  The Trustee is authorized and directed to pay the
amount of $2,547.50 to the said counsel and the Trustee is authorized and directed to
pay this sum to counsel from the plan payments which he has received on the Debtor's'
account, made payable to John M. Kenney, Esquire.

       BY THE COURT:

       BY:_____
        HONORABLE JEAN K. FITZSIMON